

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2021

No. 04-21-00285-CV

Alma Maldonado **GONZALEZ**,
Appellant

v.

**VANTAGE BANK TEXAS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23070
Honorable Sid L. Harle, Judge Presiding

# O R D E R

When we granted Appellee's first motion for an extension of time to file the brief, we set the brief due on November 22, 2021. *See* TEX. R. APP. P. 38.6(b), (d). Before the once-extended due date, Appellee filed an opposed second motion for an extension of time to file the brief until December 3, 2021.

Appellee's motion is GRANTED. Appellee's brief is due on December 3, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court